In the Matter of SAMUEL WERNER, INC., et al., Appellants, against EUGENE G. SCHULZ, as Commissioner of Public Markets of the City of New York, et al., Respondents.

Argued November 29, 1948; decided January 6, 1949.

■■■■■■

*Morris Shapiro, Milton E. Sahn* and *Harvey Cohen* for appellants.

*John P. McGrath, Corporation Counsel (Seymour B. Quel, Murray W. Weiner* and *Thomas Fitzpatrick* of counsel), for respondents.

*Herbert Ferster* and *David Drechsler* for Association of Poultry Slaughterhouse Operators, Inc., *amicus curiæ*, in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.